## HUGHES v. STATE.
### No. 23260.

Court of Criminal Appeals of Texas.

Jan. 2, 1946.

Jim H. Letts, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Appellant was convicted on a charge of burglary and assessed a penalty of two years' confinement in the penitentiary.

The record is before us without bills of exception or a statement of facts. Nothing is presented for the consideration of this Court.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.